John K. Cullin, Appellant, *v.* William J. Alvord, as Sheriff of Columbia County, Respondent, Impleaded with Another.

*Cullin* v. *Alvord,* 111 App. Div. 911, affirmed.
(Argued March 14, 1907; decided April 2, 1907.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 13, 1906, affirming a judgment in favor of defendant entered upon the report of a referee in an action of replevin to recover possession of personal property taken under a warrant of attachment.

*J. Newton Fiero* and *A. Frank B. Chace* for appellant.

*John L. Crandell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Gray, Vann, Willard Bartlett and Hiscock, JJ. Not voting: Werner, J. Not sitting: Chase, J.

---

Emma F. Lauren, Appellant, *v.* Bolton Drug Company, Limited, Respondent.

*Lauren* v. *Bolton Drug Co.,* 112 App. Div. 921, affirmed.
(Argued March 14, 1907; decided April 2, 1907.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 28, 1906, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term, and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence in filling a prescription.